Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Nebraska
Omaha Division

Plaintiff(s): Buck Daniel Moore

Case No. 8:26cv24
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Defendant(s):
PLATTE County Jail; SHERIFFS Dept.
Judge Denise J. Kracl (Lincoln Regional Center)
Public Defenders office (Dr. Klayis Hartmen)
Attorney Barbara Malisko
Continued (on-going)
Federal Conspiracy of Retaliation
for Attempted Murder

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Buck Daniel Moore
Street Address: 2860 Frontage Road
City and County: Klamath Falls, Klamath Co.
State and Zip Code: Oregon 97601
Telephone Number: (541) 883-1298
E-mail Address: buckdoodle360@yahoo.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

LINCOLN NE

RECEIVED
JAN 13 2026
CLERK
U.S. DISTRICT COURT

Page 1 of 5

**Defendant No. 1**
Name: Denise J. Kracl
Job or Title: Judge
Street Address: 2610 14th Street
City and County: Columbus, PLATTE County
State and Zip Code: NEBRASKA 68601
Telephone Number:
E-mail Address:

**Defendant No. 2**
Name: Dr. Klaus Hartmen
Job or Title: Forensic Phsychiatrist
Street Address: 801 W Prospector Pl
City and County: Lincoln
State and Zip Code: Nebraska, 68522
Telephone Number:
E-mail Address:

**Defendant No. 3**
Name: Barbara MaLisHo
Job or Title: Public Defender
Street Address: 2610 14th St.
City and County: Columbus, PLATTE County
State and Zip Code: Nebraska, 68601
Telephone Number: (402)-563-4961
E-mail Address:

**Defendant No. 4**
Name: Arresting officers
Job or Title: Columbus Police Department
Street Address: 2330 14th Street
City and County: Columbus, PLATTE Co.
State and Zip Code: NEBRASKA, 68601
Telephone Number: (402)-564-3201
E-mail Address:

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question   ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* **Buck Daniel Moore** is a citizen of the State of *(name)* **Oregon**.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* **Dr. Klaus Hartman, Judge Denise J. Kracl, Public Defender Barbara Malisko** is a citizen of the State of *(name)* **Nebraska**. Or is a citizen of _____
       *(foreign nation)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____

*Losses & Damages ARE OCCURING*

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy *ON OR About 4.2 Million & up to 6.8 Million dollars.*

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

*(ON-GOING) Deliberatly Holding Me IN Captivity without A Jury Trial as Losses to Estates Punitive Damages to Property are OCCURING, ON OR About 4.2 Million & up to 6.8 Million Dollars.*

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*Abduction, Ficticious Malicious Charge CS.# CR25-986, Ficticious Malicious Prosecution, Malfiecence, Malpractice, Devious Attempt to Hospitalize - Unnessisary Captivity Unnesisry Medication, Federal Conspiracy of Retaliation Attempted Murder*

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Permenant Damages to My Physical Human Body & Soul Qty of Life Damages & Losses to Estates of Inheritence Occuring During Illegal Confinment for Captivity Estates of Moore, Thompson, Neilsen, & King, My Estates Buck D Moore*

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

It is Possible Federall Retaliative Effort Acsess Codes-Flash Drive - A Hacher Could Have Hacned old Exspunged Felony Record Cleared for good Behavior into the Computer Like A Virus From the Inside. Some How the old Record is.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11. — Being Brought Back up Illegally over A Belt Hunting Knife.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 7, 2026

Signature of Plaintiff: Buck D Moore
Printed Name of Plaintiff: Buck Daniel Moore

### B. For Attorneys

Date of signing: 

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Buck Daniel
PLATTE County Detention Facility
1125 E 17th Street
Columbus, NE 68601

Platte County Sheriff Disclaims
Any Responsibility of the Nature
of the Contents of This
Correspondence
Edward Wemhoff, Sheriff

OMAHA NE 680
9 JAN 2026 AM 3 L

OFFICE OF THE CLERK
U.S.D.C.
ROMAN L. HRUSKA U.S. Court
111 S. 18th PLAZA, SUITE 1152
OMAHA, NE 68102-7322