IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BUCK DANIEL MOORE,<br><br>                    Plaintiff,<br><br>        vs.<br><br>PLATTE COUNTY JAIL, SHERIFFS DEPT., DENISE J. KRACL, Judge; PUBLIC DEFENDERS OFFICE, LINCOLN REGIONAL CENTER, DR. KLAUS HARTMEN, BARBARA MALISKO, Atourney; and ARRESTING OFFICERS, Columbus Police Department;<br><br>                    Defendants. | **8:26CV24**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on its own motion. Plaintiff filed a Complaint, Filing No. 1, on January 15, 2026.[1] However, Plaintiff failed to include the $405.00 filing and administrative fees. Plaintiff has the choice of either submitting the $405.00 filing and administrative fees to the Clerk's office or submitting a request to proceed in forma pauperis ("IFP").[2] Failure to take either action within 30 days will result in the Court dismissing this case without further notice to Plaintiff.

---

[1] The Court notes Plaintiff filed another complaint on January 15, 2026, with a motion to proceed in forma pauperis, that was docketed in Case No. 8:26CV25. *See* Filing No. 1, Case No. 8:26CV25. The complaint in Case No. 8:26CV25 is very similar to the Complaint in this case and names several of the same defendants, but the present Complaint was docketed in a separate case as there was no clear indication that Plaintiff intended the two complaints to be filed together in the same action. If Plaintiff did intend for this Complaint and the complaint in Case No. 8:26CV25 to be filed together, then he should inform the Court.

[2] If Plaintiff is granted leave to proceed IFP in this matter, he will be allowed to pay the Court's $350 filing fee in installments. *See* 28 U.S.C. § 1915(b)(1); *In re Tyler*, 110 F.3d 528, 529–30 (8th Cir. 1997). He would not be subject to the $55.00 administrative fee assessed to non-IFP plaintiffs. Prisoner plaintiffs are required to pay the full amount of the Court's $350.00 filing fee by making monthly payments to the Court, even if the prisoner is proceeding IFP. 28 U.S.C. § 1915(b).

2

IT IS THEREFORE ORDERED that:

1. Plaintiff is directed to submit the $405.00 fees to the Clerk's office or submit a request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

2. The Clerk of the Court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

3. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **February 19, 2026**: Check for MIFP or payment.

Dated this 20th day of January, 2026.

BY THE COURT:

*[signature]*

Joseph F. Bataillon
Senior United States District Judge