IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BUCK DANIEL MOORE,

Plaintiff,

vs.

PLATTE COUNTY JAIL, SHERIFFS DEPT.,
DENISE J. KRACL, Judge; PUBLIC
DEFENDERS OFFICE, LINCOLN
REGIONAL CENTER, DR. KLAUS
HARTMEN, BARBARA MALISKO,
Atourney; and ARRESTING OFFICERS,
Columbus Police Department;

Defendants.

**8:26CV24**

**MEMORANDUM AND ORDER**

This matter is before the Court on what the Court construes as Plaintiff's motion requesting an extension of time to file a motion to proceed in forma pauperis ("IFP") or pay the filing fee. Filing No. 7. Plaintiff requests an extension of 30 days because he alleges his case was properly filed "IFP." Id. at 1. Plaintiff is advised that the Court has not received a request from Plaintiff to proceed IFP *in this case*. The Court did receive an IFP motion in Plaintiff's other case, 8:26CV25, that was filed on the same date as this case, but Plaintiff must file a separate IFP motion in this case if he wants to proceed without paying the Court's filing and administrative fees here. Plaintiff is also again advised that, because he is a prisoner, he will be required to pay the Court's full $350.00 filing fee in installments even if he is permitted to proceed IFP.[1] Accordingly, the Court will grant Plaintiff an extension of time to either file an IFP motion or pay the

---

[1] Prisoner plaintiffs are required to pay the full amount of the Court's $350.00 filing fee by making monthly payments to the Court, even if the prisoner is proceeding IFP. 28 U.S.C. § 1915(b). Because Plaintiff is currently confined in the Lincoln Regional Center for restoration of competency related to a pending state criminal charge, he is a prisoner within the meaning of the Prison Litigation Reform Act. 28 U.S.C. § 1915(h).

Court's $405.00 filing and administrative fees.  In the absence of either action, the Court will dismiss this case without further notice to Plaintiff.

In his motion, Plaintiff also appears to ask for relief related to the state criminal proceedings that are the subject of a habeas petition Plaintiff filed in Case No. 8:25CV668.  Senior District Court Judge John M. Gerrard dismissed Plaintiff's habeas petition in 8:25CV668 on January 28, 2026, but the order and judgment sent to Plaintiff were returned to the Court as undeliverable.  *See* Filing Nos. 14, 15, & 17, Case No. 8:25CV668.  Thus, the Court cannot grant Plaintiff any relief related to his habeas case but will direct the Clerk of the Court to send a copy of the order and judgment in 8:25CV668 to Plaintiff.

IT IS THEREFORE ORDERED that:

1.     Plaintiff's motion for extension, Filing No. 7, is granted only to the extent that Plaintiff shall now have until **May 6, 2026**, to submit the $405.00 fees to the Clerk's office or submit a request to proceed in forma pauperis within 30 days.  Failure to take either action will result in dismissal of this matter without further notice.

2.     The Clerk of the Court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

3.     The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **May 6, 2026**: Check for MIFP or payment.

4.     The Clerk of the Court is further directed to send to Plaintiff a copy of the January 28, 2026, Memorandum and Order and Judgment in Case No. 8:25CV668, Filing Nos. 14 & 15.

2

Dated this 6th day of April, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge