IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BUCK DANIEL MOORE,<br><br>                    Plaintiff,<br><br>        vs.<br><br>PLATTE COUNTY JAIL,  SHERIFFS DEPT.,<br>DENISE  J.  KRACL,  Judge;  PUBLIC<br>DEFENDERS     OFFICE,      LINCOLN<br>REGIONAL     CENTER,    DR.    KLAUS<br>HARTMEN,      BARBARA      MALISKO,<br>Atourney;  and  ARRESTING  OFFICERS,<br>Columbus Police Department;<br><br>                    Defendants. | **8:26CV24**<br><br><br>**MEMORANDUM AND ORDER** |

On April 6, 2026, the Court ordered Plaintiff to pay the $405.00 filing and administrative fees or file a request for leave to proceed in forma pauperis by May 6, 2026, or face dismissal of this action.  Filing No. 8.  Additionally, on April 16, 2026, the Court ordered Plaintiff to update his address with the Court by May 18, 2026, or face dismissal of this action.  Filing No. 9.  To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, updated his address, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders.  The Court will enter judgment by a separate document.

Dated this 3rd day of June, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge